UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | |
|---|---|
| COOPERVISION, INC., ) | Case No. 9:06-CV-00260 RHC |
| ) | |
| Plaintiff, ) | JURY |
| ) | |
| vs. ) | |
| ) | |
| CIBA VISION CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# DECLARATION OF JASON G. SHEASBY IN SUPPORT OF COOPERVISION'S MOTION TO CONSOLIDATE RELATED CASES

I, Jason G. Sheasby, declare as follows:

1. I am an attorney with the law firm of Irell & Manella LLP in Los Angeles, California, and have been admitted to the State Bar of California. I have been admitted *pro hac vice* in this case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of a November 21, 2006 letter to V. Bryan Medlock from Jason G. Sheasby.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from CooperVision Inc.'s Disclosure of Asserted Claims and Infringement Contentions served on Defendant CIBA Vision Corporation on November 22, 2006.

4. Attached as Exhibit 3 is a true and correct copy of a December 5, 2006 email from V. Bryan Medlock to Jason G. Sheasby.

5. Attached as Exhibit 4 is a true and correct copy of a December 5, 2006 letter from Jason G. Sheasby to V. Bryan Medlock.

6. Attached as Exhibit 5 is a true and correct copy of a December 11, 2006 email from V. Bryan Medlock to Jason G. Sheasby.

7. Attached as Exhibit 6 is a true and correct copy of a December 11, 2006 letter from Jason G. Sheasby to V. Bryan Medlock.

8. Attached as Exhibit 7 is a true and correct copy of a December 13, 2006 letter from Jason G. Sheasby to V. Bryan Medlock.

9. Attached as Exhibit 8 is a true and correct copy of a December 14, 2006 letter from V. Bryan Medlock to Jason G. Sheasby.

Executed on December 14, 2006, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jason G. Sheasby
Jason G. Sheasby