**FILED**
3:11 p.m. January 3, 2007
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_Beverly Aulbaugh_
DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION  Lufkin | DATE  January 3, 2007 |
| DISTRICT JUDGE Ron Clark | TIME  2:00 pm - 3:11 pm |
| COOPERVISION INC. | REPORTER Chris Bickham |

COOPERVISION INC.  §
                  §
          PLAINTIFF §
VS.               §
                  §  CIVIL NO.  9:06cv260
CIBA VISION CORPORATION §
                  §
          DEFENDANT §

ATTORNEYS FOR PLAINTIFF  Thad Heartfield, Jason Sheasby, Clay Dark, & by telephone: Daniel McBride

ATTORNEYS FOR DEFENDANT  Larry Germer, Bryan Medlock, Mike Hatcher, Charlie Goehringer & by telephone: Scott Meece & Robert Gorman

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD: 2:00 pm Court began.  Management Conference and motion hearing held before Judge Clark in Beaumont.  The parties gave the status of their case to the court. This case will not be consolidated with 2:06cv149 - cases will be tried separately.

3:11 pm Adjourned.

DAVID J. MALAND, CLERK

_Beverly Aulbaugh_
COURTROOM CLERK

Total Time: 1 hr. & 11 mins.