

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| COOPERVISION, INC., | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 9:06-CV-260 |
| | § | JUDGE RON CLARK |
| CIBA VISION CORP., | § | |
| *Defendants.* | § | |

# AMENDED SCHEDULING ORDER
(Patent Case)

### DEADLINES

May 30, 2007          Opening claim construction brief (P.R. 4-5(a)).

June 13, 2007         Responsive claim construction brief (P.R. 4-5(b)).

June 20, 2007         Reply claim construction brief (P.R. 4-5(c)).

All other deadlines and requirements remain unchanged and are governed by the original Scheduling Order [Doc. # 27].

So **ORDERED** and **SIGNED** this 5 day of **January, 2007.**

_____
Ron Clark, United States District Judge